# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3088

_____

JAMIE JARAUSCH,

    Appellant,

    v.

CHRISTINE M. WEAVER, an individual; THE CHRISTINE M. WEAVER TRUST Dated October 24, 2013; JOHN BADE, individually; FLORIDA NETWORK, LLC d/b/a Berkshire Hathaway Homeservices Florida Network Realty, a Florida limited liability company; and HAYWARD CONSTRUCTION GROUP, LLC, a Florida limited liability company,

    Appellees.

_____

On appeal from the Circuit Court for Duval County.
Virginia Baker Norton, Judge.

June 11, 2019

PER CURIAM.

AFFIRMED.

ROWE, JAY, and M.K. THOMAS, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---

Preston H. Oughton of Law Office of Preston H. Oughton, Jacksonville, for Appellant.

Paul M. Eakin, Atlantic Beach, for Appellees.